IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEROY STOTTS,                                            No. CIV S-08-1178-MCE-CMK-P

       Petitioner,

  vs.                                                              ORDER

D.K. SISTO, et al.,

       Respondents.

_____/

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an extension of time (Doc. 13) to file a response to the motion to dismiss filed by respondent(s).  Good cause appearing therefor, the request is granted.  Petitioner may file a response within 30 days of the date of this order.

       IT IS SO ORDERED.


DATED: January 14, 2009

                                                     /s/ Craig M. Kellison
                                                 **CRAIG M. KELLISON**
                                                 UNITED STATES MAGISTRATE JUDGE