IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY STOTTS, | No. CIV S-08-1178-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| D.K. SISTO, et al., | |
| Respondents. | |
| _____/ | |

  Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for appointment of counsel (Doc. 15) and second motion for additional time (Doc. 16) to file a response to the motion to dismiss filed by respondent(s).

  There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Petitioner's request for additional time to respond to respondent's motion to dismiss will be granted.  Petitioner will have an additional 30 days to file a response to the motion.

Accordingly, IT IS HEREBY ORDERED that

1. Petitioner's motion for appointment of counsel (Doc. 15) is denied without prejudice to renewal, at the earliest, after an answer to the petitioner has been filed; and

2. Petitioner's second request for additional time (Doc. 16) is granted. Petitioner may file a response to the pending motion to dismiss within 30 days of the date of this order.

DATED: February 17, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE